IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ALEA JONES, Individually and as    *
Administratrix of the Estate of    *
Helen Virginia Travers,            *
                                   *
        Plaintiff,                 *
                                   *
        v.                         *    CV 122-005
                                   *
VETERANS TRANSPORT, INC.,          *
d/b/a CAPITAL CARE,                *
                                   *
        Defendant.                 *
```

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 23.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA